**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000407
21-FEB-2025
08:18 AM
Dkt. 25 ODSD**

NO. CAAP-24-0000407

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE INTEREST OF K.B.2A and K.B.2B

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(CASE NO. FC-S 21-00183)

ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and Nakasone, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and abbreviated opening brief were due on or before July 22, 2024, and August 14, 2024, respectively;

(2) Father-Appellant failed to file either document or request an extension of time;

(3) On August 19, 2024, the appellate clerk notified Father, through court-appointed counsel, that the time for filing the statement of jurisdiction and abbreviated opening brief had expired, the matter would be called to the court's attention on August 29, 2024, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Father may request relief from default by motion; and

(4) Father has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED:  Honolulu, Hawaiʻi, February 21, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Karen T. Nakasone
Associate Judge

2